IN THE SUPREME COURT OF THE STATE OF MONTANA
SUPREME COURT CAUSE NOS. DA 23-0132 and DA 23-0133

WALTER LEITE and BRENDA LEITE,

  Plaintiffs and Appellants,

v.

ELIZABETH WING SPOONER, JOHN MEEKS, INTEGRITY HOME
INSPECTIONS LLC, AND DOES A-Z, INCLUSIVE

  Defendants and Appellees.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court pursuant to the stipulation of the parties for an order of dismissal, NOW, THEREFORE, IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice and without costs or attorney fee to any party.

**ELECTRONICALLY SIGNED AND DATED BELOW**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 1 2023